UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


DAVID K. STANLEY                    )
                                    )
v.                                  )        NO. 2:07-CV-04
                                    )
ALPHA NATURAL RESOURCES,            )
INC., *ET AL.*                      )


## ORDER


        This diversity complaint which involves a coal mining lease is

before the Court to consider the amended Report and Recommendation of the

United States Magistrate Judge.  The parties have filed no objections to this

amended report.  After careful consideration of the Report and Recommendation

of the United States Magistrate Judge, it is hereby **ORDERED** that he amended

Report and Recommendation is **ADOPTED** and **APPROVED.** [Doc. 25].

Accordingly, it is also hereby **ORDERED** as follows:

        1. Plaintiff's motion to dismiss Roger Ketron, Roger Clevinger,

Bennie Johnson, Paul Campbell, and the John Doe defendants 1-10 is

**GRANTED**. [Doc. 9].

        2. Defendants' motion to transfer is **GRANTED** and that this matter

is **TRANSFERRED** to the Western District of Virginia. [Doc. 4].

        3. Defendants' motion to dismiss is **DENIED** as MOOT. [Doc. 2].


ENTER:


                        S/J. RONNIE GREER
                        UNITED STATES DISTRICT JUDGE